UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT P. RAWERS, et al.,<br><br>    Defendants. | CIV F 03 6168 REC SMS P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #28) |

On April 20, 2005, defendants filed a timely motion to extend time to file a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion for summary judgment is due on or before May 23, 2005.

IT IS SO ORDERED.

**Dated:   May 4, 2005**            /s/ Sandra M. Snyder
i0d3h8                           UNITED STATES MAGISTRATE JUDGE