1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DEMETRIUS BRYANT,                          CASE NO. 1:CV-03-6168-REC-SMS-P

10                          Plaintiff,        ORDER GRANTING DEFENDANTS'
                                              REQUESTS FOR EXTENSION OF TIME TO
11         v.                                 FILE MOTION FOR SUMMARY JUDGMENT
                                              NUNC PRO TUNC TO JUNE 8, 2005
12  SCOTT P. RAWERS, et al.,
                                              (Docs. 31 and 33)
13                          Defendants.
                                          /
14  _____

15         On May 20, 2005, and June 6, 2005, defendants filed requests for an extension of time to file

16  a motion for summary judgment.  On June 8, 2005, defendants filed a motion for summary judgment.

17  Good cause having been shown, defendants' requests are GRANTED nunc pro tunc to June 8, 2005.

18

19  IT IS SO ORDERED.

20  **Dated:    June 13, 2005**              _____/s/ Sandra M. Snyder_____
    i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
21

22
23
24
25
26
27
28