1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DEMETRIUS BRYANT,                          CASE NO. 1:CV-03-6168-REC-SMS-P

10                  Plaintiff,                ORDER REQUIRING PLAINTIFF TO FILE A
                                             RESPONSE TO DEFENDANTS' MOTION
11       v.                                   FOR SUMMARY JUDGMENT

12  SCOTT P. RAWERS, et al.,                  (Docs. 35-37)

13                  Defendants.
                                          /
14

15       Plaintiff Demetrius Bryant ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 8, 2005, defendants filed

17  a motion for summary judgment.  To date, plaintiff has not filed an opposition or a statement of non-

18  opposition to the motion.  Local Rule 78-230(m).

19       Accordingly, it is HEREBY ORDERED that:

20       1.      Within **thirty (30) days** from the date of service of this order, plaintiff shall file an

21               opposition or a statement of non-opposition to defendants' motion for summary

22               judgment; and

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

2.      If plaintiff fails to file an opposition or a statement of non-opposition in compliance with this order, this action shall be dismissed for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:    August 8, 2005**                            _____/s/ **Sandra M. Snyder**_____
icido3                                                    UNITED STATES MAGISTRATE JUDGE