# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS BRYANT,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTT P. RAWERS, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:CV-03-6168-REC-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Docs. 39 and 40) |

Plaintiff Demetrius Bryant ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 22, 2005, is adopted in full; and

///

1      2.    This action is dismissed based on plaintiff's failure to obey the Court's order and
2          failure to prosecute.
3  IT IS SO ORDERED.
4  **Dated:  October 21, 2005**      **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE